*William H Luedke, Attorney at Law*
*905 E Main Street, Auburn WA 98002*
*ecfluedke@hotmail.com*
*253-833-4554*



## CHANGE OF ADDRESS

ATTENTION: JULIANE

Case Name __ALL CASES__   NO: __ALL CASES__

- ____ DEBTOR
- ____ JOINT DEBTOR
- ____ CREDITOR
- _XXX_ ATTORNEY FOR DEBTORS (BAR ID #8943)
- ____ PLAINTIFF
- ____ DEFENDANT

**OLD** ADDRESS:

NAME: __WILLIAM H LUEDKE__
ADDRESS: __PO BOX 2507__
__AUBURN WA 98071__
PHONE: ____
EMAIL (attorney only): ____

**NEW** ADDRESS:

NAME: __WILLIAM H LUEDKE__
ADDRESS: __905 E MAIN STREET__
__AUBURN WA 98002__
PHONE: ____
EMAIL (attorney only): ____

SIGNATURE OF PARTY(S) REQUESTIONG CHANGE:

_[signature]_   __DECEMBER 28, 2006__
Attorney for Debtors